AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Senechal, Alice R. | District of North Dakota (NE) | 04/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Part-time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

PO Box 5576
Grand Forks, ND 58206-5576

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee, Shareholder, President | Robert Vogel Law Office, P.C. |
| 2. | North Dakota Board of Law Examiners | Member |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 04/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. Note | Robert Vogel Law Office, P.C., employee compensation | $47,820.00 |
| 2. Note | University of North Dakota, employee compensation | $7,000.02 |
| 3. Note | North Dakota Board of Law Examiners, member per diem | $925.00 |
| 4. Note | Sharon Lutheran Church, employee compensation | $159.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Robert Vogel Law Office, P.C. | 1/8/2013 | Harvey, ND | Litigation activity | Transportation |
| 2. | Robert Vogel Law Office, P.C. | 1/24/2013 | Harvey, ND | Litigation activity | Transportation |
| 3. | Robert Vogel Law Office, P.C. | 1/27-28/2013 | Minneapolis, MN | Litigation activity | Transportation, meals |
| 4. | Robert Vogel Law Office, P.C. | 2/8/2013 | Fargo, Harvey, ND | Litigation activity | Transportation |
| 5. | Robert Vogel Law Office, P.C. | 4/5/2013 | Minot, ND | Litigation activity | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 04/11/2014 |

| | | | | |
|---|---|---|---|---|
| 6. | Robert Vogel Law Office, P.C. | 4/11/2013 | Harvey, ND | Litigation activity | Transportation |
| 7. | Robert Vogel Law Office, P.C. | 4/17/2013 | Grafton, ND | Litigation activity | Transportation |
| 8. | Robert Vogel Law Office, P.C. | 4/30/2013 | Harvey, ND | Litigation activity | Transportation |
| 9. | Robert Vogel Law Office, P.C. | 5/2-3/2013 | Rochester, MN | Litigation activity | Transportation, meals, lodging |
| 10. | Robert Vogel Law Office, P.C. | 5/29/2013 | Grafton, ND | Litigation activity | Transportation |
| 11. | Robert Vogel Law Office, P.C. | 6/11/2013 | Crookston, MN | Litigation activity | Transportation |
| 12. | Robert Vogel Law Office, P.C. | 7/11/2013 | Minot, ND | Litigation activity | Transportation |
| 13. | Robert Vogel Law Office, P.C. | 7/17/2013 | Fargo, ND | Litigation activity | Transportation |
| 14. | Robert Vogel Law Office, P.C. | 7/18/2013 | Fargo, ND | Litigation activity | Transportation |
| 15. | Robert Vogel Law Office, P.C. | 7/25/2013 | Devils Lake, ND | Litigation activity | Transportation |
| 16. | Robert Vogel Law Office, P.C. | 9/4/2013 | Harvey, ND | Litigation activity | Transportation |
| 17. | Robert Vogel Law Office, P.C. | 9/13/2013 | Fargo, ND | Litigation acitivity | Transportation |
| 18. | Robert Vogel Law Office, P.C. | 9/24/2013 | Crookston, MN | Litigation activity | Transportation |
| 19. | Robert Vogel Law Office, P.C. | 9/28/2013 | Minot, ND | Litigation activity | Transportation |
| 20. | Robert Vogel Law Office, P.C. | 10/1-2/2013 | Minot ND | Litigation activity | Transportation, meals,lodging |
| 21. | Robert Vogel Law Office, P.C. | 10/15-16/2013 | Newark, NJ | Litigation activity | Transportation, meals, lodging |
| 22. | Robert Vogel Law Office, P.C. | 10/22-23/2013 | Minneapolis, MN | Litigation activity | Transportation, meals |
| 23. | Robert Vogel Law Office, P.C. | 10/30/2013 | Crookston, MN | Litigation activity | Transportation |
| 24. | Robert Vogel Law Office, P.C. | 11/1/2013 | Jamestown, ND | Litigation activity | Transportation |
| 25. | Robert Vogel Law Office, P.C. | 11/20-21/2013 | Rugby, ND | Litigation activity | Transportation, meals, lodging |
| 26. | Robert Vogel Law Office, P.C. | 11/25/2013 | Bismarck, ND | Meeting | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 04/11/2014 |

| | | | | |
|---|---|---|---|---|
| 27. | Federal Magistrate Judges Association | 3/3-4/2013 | Washington, DC | Meeting | Lodging |
| 28. | National Conference of Bar Examiners & State Board of Law Examiners | 4/18-22/2013 | Boston, MA | Educational conference | Transportation, meals, lodging |
| 29. | State Board of Law Examiners | 4/3-4/2013 | Bismarck, ND | Meeting | Transportation, meals, lodging |
| 30. | State Board of Law Examiners | 5/8-9/2013 | Bismarck, ND | Meeting | Transportation, meals, lodging |
| 31. | State Board of Law Examiners | 9/26-27/2013 | Bismarck, ND | Meeting | Transportation, meals, lodging |
| 32. | State Board of Law Examiners | 11/18/2013 | Fargo, ND | Meeting | Transportation |
| 33. | Infinity Project | 6/20-21/2013 | Des Moines, IA | Meeting | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 04/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gate City Bank Accounts | B | Interest | L | T | | | | | |
| 2. Hewlett Packard, f/k/a, Compaq Computer Corp Common Stock | A | Dividend | J | T | | | | | |
| 3. Robert Vogel Law Office, P.C., Stock | | None | J | U | | | | | |
| 4. Real Estate, McHenry County, ND | D | Rent | M | W | | | | | |
| 5. Thrivent Financial Life Insurance Policy | | None | K | T | | | | | |
| 6. Thrivent Large Cap Stock Fund | C | Dividend | J | T | | | | | |
| 7. United States Savings Bonds | A | Interest | J | T | | | | | |
| 8. TD Waterhouse MMF Municipal Portfolio | A | Dividend | J | T | | | | | |
| 9. ISHARES Trust (Y) | | | | | | | | | |
| 10. DFA Emerging Markets Core Equity Fund | B | Dividend | L | T | | | | | |
| 11. DFA International Sustainability Care 1 Fund | B | Dividend | L | T | | | | | |
| 12. DFA US Targeted Value Portfolio | B | Dividend | L | T | | | | | |
| 13. Vanguard International Value Fund | A | Dividend | L | T | | | | | |
| 14. Vanguard REIT Index Fund Admiral Shares | A | Dividend | L | T | | | | | |
| 15. Mission Investment Fund | A | Interest | K | T | | | | | |
| 16. American Century Equity Income - A | D | Dividend | M | T | | | | | |
| 17. T.Rowe Price Total Equity Market Index | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    Federated High Yield Trust SS | B | Dividend | L | T | | | | | |
| 19.    Federated Total Return Bond Svc | B | Dividend | M | T | | | | | |
| 20.    Robert Vogel Law Office, P.C. (Y) | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 04/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III, Line 1, 1/1/2013 - 12/31/2013
Part III, Line 2, 6/1/2013 - 9/15/2013
Part III, Line 3, 1/1/2013 - 12/31/2013
Part III, Line 4, 7/7/2013 & 8/11/2013
Part VII, line 9, disposed of asset prior to 12/31/2012, which I should have indicated in prior report
Part VII, line 20, asset was short term loan which was repaid fully in 2012, prior report should have indicated zero value as of 12/31/2012

| Name of Person Reporting | Date of Report |
|---|---|
| Senechal, Alice R. | 04/11/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Alice R. Senechal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544